Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>      Plaintiffs,<br><br>vs.<br><br>CLEARWATER MECHANICAL, INC., a Nevada corporation; MARIO PAONESSA, an individual; INNOVATIONS LV, LLC, a Nevada limited liability company; PHILADELPHIA INSURANCE COMPANY, a Pennsylvania corporation; HUDSON INSURANCE COMPANY, a New York corporation,<br><br>      Defendants. | Case No. 2:17-cv-01861-JAD-CWH<br><br>**MOTION TO ENLARGE TIME FOR SERVICE OF COMPLAINT AND SUMMONS** |

16018373

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

Plaintiffs, the Boards of Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan, the Plumbers and Pipefitters Union Local 525 Pension Plan, and the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada ("Trust Funds"), respectfully request the Court enlarge the Trust Funds' period of service of the complaint and summons on Defendants Clearwater Mechanical, Inc., Mario Paonessa and Innovations LV, LLC (collectively "Clearwater Defendants").

Pursuant to Federal Rule of Civil Procedure, a plaintiff has ninety (90) days to serve the complaint and summons on a defendant after the complaint is filed. Fed. R. Civ. P. 4(m). However, if the plaintiff shows good cause, the Court may extend the time for service for an appropriate period of time. *Id.*

Good cause exists here. The Trust Funds and the Clearwater Defendants have been dutifully attempting to resolve this dispute through multiple settlement negotiations since July 26, 2017. The parties have exchanged numerous settlement offers and counteroffers, and the parties are confident that resolution is imminent.

The Trust Funds did not serve the Complaint on the Clearwater Defendants due to these ongoing settlement negotiations. The Clearwater Defendants are not attempting to evade service. Trust Funds' counsel has spoken with the Clearwater Defendants' counsel, and can represent to the Court that the Clearwater Defendants have no objection to enlarging the time for service in order for the parties to finalize the settlement resolution.

The Trust Funds have also extended open ended extensions to the remaining defendants to respond to the Complaint because the contemplated resolution between the Trust Funds and Clearwater Defendants is intended to resolve all claims between all parties.

The Trust Funds therefore respectfully request the Court enlarge the time required for service by an additional forty (40) days, until November 18, 2017, in order to finalize settlement negotiations.

If the parties for some reason cannot not agree on settlement terms, the Trust Funds will then proceed to serve the Clearwater Defendants and file corresponding affidavits of service.

16018373

2

A Proposed Order is provided beneath the undersigned's signature block.

Dated: October 4, 2017.  BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

# O R D E R

**IT IS SO ORDERED** that Plaintiffs' deadline to serve Clearwater Mechanical, Inc., Mario Paonessa and Innovations LV, LLC is extended until November 18, 2017.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Case No. 2:17-cv-01861-JAD-CWH

**DATED:** October 11, 2017

16018373

3

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on this 4th day of October, 2017, I served a true copy of the foregoing **MOTION TO ENLARGE TIME FOR SERVICE OF COMPLAINT AND SUMMONS** upon

    NO PARTIES ENTERED

☒  a.  CM/ECF System

**I declare under penalty of perjury that the foregoing is true and correct.**

    /s/ Wendy Cosby
    An Employee of Brownstein Hyatt Farber Schreck, LLP